UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
**ELECTRONICALLY FILED**

| | |
|---|---|
| PAULA J. MUNCY         )<br>                                )<br>   Plaintiff         )<br>                                )<br>v.                              ) CASE NO. 4:24-CV-176<br>                                )<br>                                )<br>                                )<br>WALMART STORES EAST, LP   )<br>                                )<br>                                )<br>   Defendant         ) | |

# NOTICE OF REMOVAL

Defendant, Walmart Stores East, LP (hereinafter referred to as "Walmart"), by counsel, for its Notice of Removal of this action from the Clark Superior Court, Clark County, Indiana, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully states as follows:

1. On September 19, 2024, Plaintiff, Paula Muncy, filed an action against Walmart in Clark Superior Court 6, Cause No. 10D06-2409-CT-000153. Walmart was served with summons on September 24, 2024, and filed an Answer on October 10, 2024.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332(a) and (c) because there is diversity of citizenship between Plaintiff and Defendant and the total amount in controversy exceeds the jurisdictional minimum of $75,000.00, exclusive of interest and costs, though Defendant denies liability to Plaintiff for damages in any amount.

3. Plaintiff is a citizen of Indiana.[1]

---

[1] *See* Plaintiff's response to Interrogatory 1, attached as **Exhibit A.**

1

4. In accordance with *Carden v. Arkoma Associates*, 494 U.S. 185 (1990), the citizenship of a limited partnership, for diversity purposes, is based on the citizenship of each of its general and limited partners.

    a. Defendant Walmart Stores East, L.P. has one general partner, WSE Management, LLC, and one limited partner, WSE Investment, LLC. The citizenship of an LLC is determined by that of each of its members. *Delay v. Rosenthal Collins Grp., Inc.,* 585 F.3d 1003, 1005 (6th Cir. 2009.)

    b. The sole member of WSE Management, LLC and of WSE Investment, LLC is Walmart Stores East, LLC.

    c. Walmart Stores East, LLC's sole member is Walmart Inc., a citizen of Delaware, its state of incorporation, and Arkansas, the location of its principal place of business.

    d. In light of the foregoing, Walmart Stores East, LP is a citizen of Arkansas and Delaware.

5. The amount in controversy as to Plaintiff's claims against the Defendant is legally certain to exceed $75,000, exclusive of interest and costs.

6. This case arises from an incident in which Plaintiff allegedly sustained injury on the premises of a Walmart store in Clarksville, Clark County, Indiana on July 21, 2024. The Complaint alleges that Plaintiff was injured due to the actions and/or inactions of Defendants.

7. In the Complaint, Plaintiff seeks unspecified damages for permanent injuries, past medical expenses, future medical expenses, lost wages, and special expenses.

8. On December 9, 2024, Plaintiff, through her counsel, in response to written discovery requests, advised that as a result of the alleged incident, she sustained a knee injury that might require a total knee replacement in the future, a concussion, back pain, head pain, fainting, a cardiac contusion causing a slight heart attack, and a rib contusion causing lung damage that resulted in pneumonia

requiring a three-day hospital stay.[2]  Although she failed to itemize damages,[3] her counsel confirmed in an email communication on December 12, 2024, that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.[4]

9. When removability is not readily apparent from the initial pleading a notice of removal must be filed within thirty (30) days after receipt of a "copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case … has become removable." 28 U.S.C. § 1446(b)(3).  This Notice of Removal is being filed on December 19, 2024, within thirty (30) days of Defendant's receipt of Plaintiff's counsel's email correspondence on December 12, 2024, from which Defendant first ascertained that Plaintiff's alleged damages exceed $75,000, exclusive of fees and costs.

10. A copy of all process, pleadings, and orders served as of the date of the filing of this Notice of Removal are attached hereto as **Exhibit C**.

11. Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate were mailed to Plaintiff's counsel today.

12. True and correct copies of all pleadings enumerated were filed with the Clerk of the Clark Superior Court 6 today.

WHEREFORE, Defendant respectfully removes this action from the Clark Superior Court 6 to this Court for all future proceedings.

---

[2] *Id.*, response to Interrogatory No. 8.
[3] *Id.*, response to Interrogatory No. 16.
[4] Email correspondence, attached as **Exhibit B.**

3

Respectfully submitted,

*/s/ Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Michael Nisbet
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
mnisbet@bdblawky.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was filed via the Court's electronic filing system on this 19th day of December, 2024 with copies electronically mailed to the following:

Keven W. McIntosh, #26484-28
Ken Nunn Law Office
Franklin Place
104 S. Franklin Road
Bloomington, IN 47404
Telephone (812) 332-9451
*Attorney for Plaintiff*

*/s/ Jennifer Kincaid Adams*
*Counsel for Defendant*